846

No. 102. CREEK NATION EAST OF THE MISSISSIPPI *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this petition. *Charles Bragman* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 189. FANNER MANUFACTURING Co. *v.* PREFORMED LINE PRODUCTS Co. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Charles J. Merriam* and *Norman M. Shapiro* for petitioner. *Richard F. Stevens* and *Patrick H. Hume* for respondent.

No. 339. GATE FILM CLUB *v.* PESCE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Emanuel Redfield* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Ruth Kessler Toch,* Assistant Solicitor General, for respondent.

No. 391. DEMOCRATIC COUNTY COMMITTEE OF PHILADELPHIA, ON BEHALF OF MUSMANNO *v.* COUNTY BOARD OF ELECTIONS OF PHILADELPHIA COUNTY ET AL. Motion of Genevieve Blatt to be added as a party respondent granted. Motion of Charles S. Helmig for leave to file a brief, as *amicus curiae,* granted. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Abraham E. Freedman* for petitioner. *Levy Anderson* for County Board of Elections of Philadelphia County, and *Joseph L. Rauh, Jr.,* and *John Silard* for Blatt, respondents. *Paul Ginsburg* for Charles S. Helmig, as *amicus curiae,* in opposition to the petition.